# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:09 CV 003

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| DONALD D. BUSBY, et al, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Robert K. Imperial's Application for Admission to Practice *Pro Hac Vice* of Robert D. Perrow. It appearing that Robert D. Perrow is a member in good standing with the Virginia Bar and will be appearing with Robert K. Imperial, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Robert K. Imperial's Application for Admission to Practice *Pro Hac Vice* (#32) of Robert D. Perrow is **GRANTED**, and that Robert D. Perrow is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Robert K. Imperial.

Signed: June 12, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge