# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
## 2:09cv3
[consolidating: 2:09cv3; 2:09cv4; 2:09cv5; 2:09cv6: 2:09cv7; 2:09cv8; 2:09cv9; 2:09cv10; 2:09cv11; 2:09cv12; 2:09cv13; 2:09cv14; and 2:09cv15]

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., a Virginia corporation, ) ) ) Plaintiff, ) ) Vs. ) ) DONALD D. BUSBY; LORI A. NASSIDA; KELLY M. BAKER; MICHAEL T. BAKER; ROBERT JOHN CUPELLI; LEIGH K. CUPELLI; DEANNA DAVIS; DEAN R. CUMMINGS; JEFFREY A. SYKES; GUY BARHOMA; ROBERT G. RONK; GREGORY M. SCHUETZ; KENNARD M. DAVIS; and PAUL J. MULA, ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the court for purposes of clarifying an earlier Order.

Suntrust's Motion to Dismiss (#10) in 2:09cv5 is not moot and will be heard on July 1, 2009, at 2 p.m.

# ORDER

**IT IS, THEREFORE, ORDERED** that Suntrust's Motion to Dismiss (#10) in 2:09cv5 is not moot and will be heard on July 1, 2009, at 2 p.m.

The Clerk of this court is respectfully instructed to show Suntrust's Motion to Dismiss (#10) filed in 2:09cv5 is a pending motion.

Signed: June 12, 2009

Dennis L. Howell
United States Magistrate Judge