**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09cv3**

| | | |
|---|---|---|
| **SUNTRUST MORTGAGE, INC.,** | ) | |
| a Virginia corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **DONALD D. BUSBY; LORI A. NASSIDA; KELLY M. BAKER; MICHAEL T. BAKER; ROBERT JOHN CUPELLI; LEIGH K. CUPELLI; DEANNA DAVIS; DEAN R. CUMMINGS; JEFFREY A. SYKES; GUY BARHOMA; ROBERT G. RONK; GREGORY M. SCHUETZ; KENNARD M. DAVIS; and PAUL J. MULA,** | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Pavey & Smith, P.A.'s Motion for Protective Order (#85). Now that such motion has been fully briefed, a hearing will be set at which all counsel or record and counsel for the non-party shall appear. Pavey & Smith, P.A., shall bring to such hearing copies of all records and documents commanded, annexed to an affidavit in which a member of Pavey & Smith, P.A., avers that such are true and accurate copies of such records and documents. After

hearing arguments from respective counsel, the court may conduct an in-chambers review of such documents.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Pavey & Smith, P.A.'s Motion for Protective Order (#85) is **CALENDARED** for hearing on Wednesday, May 5, 2010, at 2 p.m. Pavey & Smith, P.A. (and/or the third-party respondents to such subpoenas), are **COMPELLED** to produce for *in camera* inspection at such hearing all documents and records so subpoenaed.

Signed: April 26, 2010

Dennis L. Howell
United States Magistrate Judge