IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09cv3

| | | |
|---|---|---|
| SUNTRUST MORTGAGE, INC., a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| DONALD D. BUSBY; LORI A. NASSIDA; KELLY M. BAKER; MICHAEL T. BAKER; ROBERT JOHN CUPELLI; LEIGH K. CUPELLI; DEANNA DAVIS; DEAN R. CUMMINGS; JEFFREY A. SYKES; GUY BARHOMA; ROBERT G. RONK; GREGORY M. SCHUETZ; KENNARD M. DAVIS; and PAUL J. MULA, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on defendants' Motion for Leave to File an Amended Consolidated Answer (#124) and Motion to Compel Discovery From Plaintiff (#112). Such motions ripened on June 24, 2010, with plaintiffs' filing of their replies. Preliminary review of such motions reveals that the issues are complex and that a hearing will aid the decision-making process. Further, the court will require respective counsel to meet in advance of the hearing (which means before the date of

-1-

the hearing) in an attempt to resolve such issues amicably. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Leave to File an Amended Consolidated Answer (#124) and Motion to Compel Discovery From Plaintiff (#112) are **CALENDARED** for hearing July 7, 2010, at 2 p.m. in Courtroom #2 in Asheville.

Signed: June 25, 2010

Dennis L. Howell
United States Magistrate Judge