# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:09 CV 003

| | | |
|---|---|---|
| SUNTRUST MORTGAGE, INC., | ) | |
|     Plaintiff | ) ) | |
| V | ) ) | **ORDER** |
| DONALD D. BUSBY, et al, | ) ) | |
|     Defendant | ) ) | |

**THIS MATTER** is before the court on Elizabeth C. Stone's Application for Admission to Practice *Pro Hac Vice* of John Peyton McGuire Boyd, Jr . It appearing that John Peyton McGuire Boyd, Jr. is a member in good standing with the Virginia Bar and will be appearing with Elizabeth C. Stone, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Elizabeth C. Stone's Application for Admission to Practice *Pro Hac Vice* (#139) of John Peyton McGuire Boyd, Jr. is **GRANTED**, and that John Peyton McGuire Boyd, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Elizabeth C. Stone.

Signed: July 16, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge