# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:09cv3

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., a Virginia corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )     ORDER<br>) |
| DONALD D. BUSBY; LORI A. NASSIDA; KELLY M. BAKER; MICHAEL T. BAKER; ROBERT JOHN CUPELLI; LEIGH K. CUPELLI; DEANNA DAVIS; DEAN R. CUMMINGS; JEFFREY A. SYKES; GUY BARHOMA; ROBERT G. RONK; GREGORY M. SCHUETZ; KENNARD M. DAVIS; and PAUL J. MULA, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the court on the joint Motion to Waive Requirement that Local Counsel Attend Hearing (#142). While the undersigned has found that the presence of local counsel assists the parties in reaching amicable resolution of disputes, the relief sought as to this particular hearing will be allowed. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion to Waive Requirement that Local Counsel Attend Hearing (#142) is **GRANTED.**

Signed: July 21, 2010

Dennis L. Howell
United States Magistrate Judge