IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:09cv03

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> DONALD D. BUSBY, ) <br> DEANNA DAVIS, ) <br> ROBERT G. RONK, and ) <br> KENNARD M. DAVIS, ) <br> ) <br> **Defendants.** ) <br> _____ ) | **JUDGMENT** |

**IN ACCORDANCE** with the Memorandum of Decision and Order [Doc. 151], entered on October 6, 2010, granting partial summary judgment in favor of the Plaintiff as to the breach of contract cause of action and in accordance with the Rule 41 Stipulation of Dismissal [Doc. 195], filed on January 28, 2011, by the captioned parties dismissing without prejudice the fraud cause of action,

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment in the amount of four hundred eighteen thousand six hundred sixty-seven dollars and three cents ($418,667.03) is hereby **ENTERED** in favor of

Suntrust Mortgage, Inc. against Defendant Donald D. Busby, together with interest in the amount of $87.124 per diem from January 29, 2009 until paid, attorney's fees in the amount of fifty-four thousand five hundred ninety-three dollars and fifty-one cents ($54,593.51) and costs and interest from the date of this Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment in the amount of four hundred nineteen thousand eight hundred eighty-four dollars and seventy-two cents ($419,884.72) is hereby **ENTERED** in favor of Suntrust Mortgage, Inc. against Defendant Deanna Davis, together with interest in the amount of $87.946 per diem from January 29, 2009 until paid, attorney's fees in the amount of sixty-two thousand nine hundred eighty-two dollars and seventy-one cents ($62,982.71) and costs and interest from the date of this Judgment.

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment in the amount of four hundred forty-seven thousand six hundred sixty-two dollars and ninety-three cents ($447,662.93) is hereby **ENTERED** in favor of Suntrust Mortgage, Inc. against Defendant Robert G. Ronk, together with interest in the amount of $40.013 per diem from January 29, 2009 until paid, attorney's fees in the amount of sixty-seven thousand one hundred forty-nine dollars and forty-four cents ($67,149.44) and costs and

interest from the date of this Judgment.

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment in the amount of four hundred fifty thousand one hundred seven dollars and eighty-nine cents ($450,107.89) is hereby **ENTERED** in favor of Suntrust Mortgage, Inc. against Defendant Kennard M. Davis, together with interest in the amount of $51.986 per diem from January 29, 2009 until paid, attorney's fees in the amount of sixty-seven thousand five hundred sixteen dollars and eighteen cents ($67,516.18) and costs and interest from the date of this Judgment.

Signed: April 4, 2011

Martin Reidinger
United States District Judge